**Order filed September 9, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00782-CV
_____

### ANDREW NELSON D/B/A ANDREW NELSON TRUCKING AND ANDREW M. NELSON, Appellants

### V.

### CREATIVE CAPITAL FUNDING, LLC, Appellee

---

**On Appeal from County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1154964**

---

## O R D E R

Appellants' brief was due July 15, 2021. No brief or motion to extend time has been filed. Unless appellant files a brief with this court on or before **September 23, 2021**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Justices Wise, Bourliot, and Zimmerer.